# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| HARRIETT HUEITT | : No. 591 EAL 2015 |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| PHILADELPHIA MEDIA HOLDINGS, LLC D/B/A THE PHILADELPHIA DAILY NEWS AND JEFFREY ALEXANDER VARGAS | : |
| v. | : |
| TIMOTHY KEELEY A/K/A/ TIMOTHY B. KEELEY, SR. | : |
| PETITION OF: PHILADELPHIA MEDIA HOLDINGS, LLC D/B/A THE PHILADELPHIA DAILY NEWS AND JEFFREY ALEXANDER VARGAS | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 4th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.